IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-CR-30258-WDS-1 |
| | ) | |
| LUCILLE G. BRIM, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT & RECOMMENDATION

**STIEHL, District Judge:**

On March 18, 2013, the United States of America and defendant Lucille G. Brim consented to appear before Magistrate Judge Donald G. Wilkerson pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2). At that time, the defendant entered a plea of guilty to Count 1 of the Indictment.

On April 1, 2013, Judge Wilkerson submitted a Report recommending that the undersigned District Judge accept the plea of guilty, that a presentence investigation and report be prepared, and that the Defendant be adjudicated guilty and have sentence imposed accordingly (Doc. 42).

The Report included a notice to the parties informing them of their right to appeal by way of filing "Objections" within fourteen (14) days of service of the Report and Recommendation. Neither party has filed an objection, therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct de novo review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985); *Video Views Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

On April 3, 2013, defendant Lucille G. Brim filed a notice of consent to the United States Magistrate Judge conducting the change of plea hearing (Doc. 44), and, according to her attorney's submission to this Court, was "adamant that she does not wish to seek to

withdraw her guilty plea," and authorized counsel to file a notice reiterating her consent to having had her change of plea hearing conducted by a United States Magistrate Judge (Doc. 44).

Accordingly, the undersigned District Judge **ADOPTS** Magistrate Judge Wilkerson's Report and Recommendation (Doc. 42), **ACCEPTS** defendant Lucille G. Brim's plea of guilty, and **ADJUDGES** defendant Lucille G. Brim guilty of Count 1 of the Indictment.

**IT IS SO ORDERED.**

**DATE: 24 April, 2013**

                                                           /s/ WILLIAM D. STIEHL
                                                             **DISTRICT JUDGE**